[Cite as *State ex rel. Lemley v. Mills*, 2013-Ohio-3886.]

COURT OF APPEALS
MORROW COUNTY, OHIO
FIFTH APPELLATE DISTRICT

| | |
|---|---|
| STATE OF OHIO, EX REL.,<br>ROGER W. LEMLEY | JUDGES:<br>Hon. John W. Wise, P. J.<br>Hon. Patricia A. Delaney, J. |
| Relator | Hon. Craig R. Baldwin, J. |
| -vs- | Case No. 2013 CA 0005 |
| VANESSA MILLS | |
| Respondent | O P I N I O N |


CHARACTER OF PROCEEDING:     Writ of Mandamus


JUDGMENT:     Dismissed


DATE OF JUDGMENT ENTRY:     September 9, 2013


APPEARANCES:

For Relator                                    For Respondent

ROGER W. LEMLEY                      CHARLES S. HOWLAND
PRO SE                                         PROSECUTING ATTORNEY
Post Office Box 5398                      60 East High Street
Mansfield, Ohio  44901                   Mt. Gilead, Ohio  43338

*Wise, P. J.*

**{¶1}** Relator, Roger W. Lemley, has filed a complaint for writ of mandamus against Respondent, Vanessa Mills, who is the clerk of the Morrow County Court of Common Pleas.

**{¶2}** This cause of action arises out of public records requests made by Relator to Respondent for a copy of "Judgment Entry of Appellate case No. 2006CA0004 in the Fifth District Court of Appeals."

**{¶3}** Respondent has filed a motion to dismiss stating that the requested record has been provided to Relator.  Relator has not responded to the motion to dismiss.

**{¶4}** "Mandamus is the appropriate remedy to compel compliance with R.C. 149.43, Ohio's Public Records Act." *State ex rel. Physicians Commt. for Responsible Medicine v. Ohio State Univ. Bd. of Trustees,* 108 Ohio St.3d 288, 2006-Ohio-903, 843 N.E.2d 174, ¶ 6; R.C. 149.43(C).

**{¶5}** The Supreme Court has held, "In general, providing the requested records to the relator in a public-records mandamus case renders the mandamus claim moot." *State ex rel. Toledo Blade Co. v. Toledo–Lucas Cty. Port Auth.,* 121 Ohio St.3d 537, 2009–Ohio–1767, 905 N.E.2d 1221, ¶ 14.

**{¶6}**   Because Relator has been provided the requested records, the instant complaint is moot.  For this reason, the motion to dismiss is granted.


By: Wise, P. J.

Delaney, J., and

Baldwin, J., concur.


/s/ John W. Wise_____
HON. JOHN W. WISE


/s/ Patricia A. Delaney__ _____
HON. PATRICIA A. DELANEY


/s/ Craig R. Baldwin____ _____
HON. CRAIG R. BALDWIN


JWW/d 0820

IN THE COURT OF APPEALS FOR MORROW COUNTY, OHIO
FIFTH APPELLATE DISTRICT


STATE OF OHIO, EX REL.,                     :
ROGER W. LEMLEY                             :
                                           :
    Relator                                :
                                           :
-vs-                                       :            JUDGMENT ENTRY
                                           :
VANESSA MILLS                              :
                                           :
    Respondent                             :            Case No. 2013 CA 0005


For the reasons stated in our accompanying Memorandum-Opinion, the instant complaint is moot. For this reason, the motion to dismiss is granted.

Costs waived.


/s/ John W. Wise_____
HON. JOHN W. WISE


/s/ Patricia A. Delaney_____
HON. PATRICIA A. DELANEY


/s/ Craig R. Baldwin_____
HON. CRAIG R. BALDWIN